UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STACEY BIGGE, et al.,

    Plaintiffs,

v.                                              Case No.  5:11-cv-210-Oc-10TBS

DISTRICT SCHOOL BOARD OF CITRUS
COUNTY, FLORIDA,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiffs' Motion to Compel Responses to Discovery Requests. (Doc. 22).  Upon consideration of the memoranda of the parties (Docs. 22, 23, and 27) and for the reasons set forth at the oral argument held before the undersigned on March 5, 2012, it is hereby ORDERED that:

1. Plaintiffs' motion to compel responses to Interrogatories #3 and #16 and Requests for Production #4 and #13 is GRANTED.  The Defendant shall provide this discovery within ten days from the rendition of this Order.  The information shall not be disclosed to any person or used for any purpose other than the litigation of this controversy.

2. Pursuant to Fed. Rule Civ. P. 37(a)(5) the Defendant is ordered to pay Plaintiff expenses in the amount of $1,500.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 5, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel