UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STACEY BIGGE, et al.,

    Plaintiffs,

v.                                                  Case No.  5:11-cv-210-Oc-10TBS

DISTRICT SCHOOL BOARD OF CITRUS
COUNTY, FLORIDA,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiffs' Motion to Substitute Representative and Incorporated Memorandum of Law (Doc. 33).  Upon due consideration, the motion is GRANTED and Angelica Seaman, previously identified in this action by her initials, A.S. is substituted in the place of her mother, Laurie Canfield, as a Plaintiff in this controversy.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 22, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel